1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11    MORIANO MILLARE,                          No.  2:22-cv-1862-DJC-KJN P
12                    Plaintiff,
13         v.                                   ORDER
14    CDCR, et al,
15                    Defendants.
16
17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action
18    seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States
19    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.
20         On November 20, 2023, the Magistrate Judge filed findings and
21    recommendations herein which were served on Plaintiff and which contained notice to
22    Plaintiff that any objections to the findings and recommendations were to be filed
23    within fourteen days.  Plaintiff has not filed objections to the findings and
24    recommendations.
25         The Court has reviewed the file and finds the findings and recommendations to
26    be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS
27    HEREBY ORDERED that:
28         1.  The findings and recommendations filed November 20, 2023, are adopted

                                          1

in full;

2. All claims in the fourth amended complaint are dismissed, but for the Eighth Amendment claims against defendants Reynolds, Woods and Chavarria based on the alleged deprivation of plaintiff's DME pillow and the alleged excessive force, and the negligence claim against these defendants based on the alleged deprivation of plaintiff's DME pillow; and

3. Defendants are ordered to respond to these claims thirty days from the filed date of this order.

IT IS SO ORDERED.

Dated:   **January 5, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/mill22cv1862.800

2